UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| STATE OF INDIANA, | ) |
| INDIANA DEPT. OF CORRECTIONS, | ) |
| GEO GROUP, INC., | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| CORIZON, INC., | ) |
| MICHAEL MITCHEFF, | ) |
| CHRIS NELSON, | ) |
| MICHAEL PERSON, | ) |
| RICK WILLYARD, | ) No. 1:12-cv-01740-TWP-MJD |
| MARLA GADBERRY, | ) |
| ROSE VAISVILAS, | ) |
| MONICA SPELLMAN, | ) |
| KELLY DURM, | ) |
| BERMON PRITT, | ) |
| BONNETTA DEWEESE, | ) |
| S. TWEEDY, | ) |
| JESSE UHDE, | ) |
| PRISON HEALTH SERVICES OF INDIANA, | ) |
| LLC, | ) |
| MIKE SMITH, | ) |
| | ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION OF DISMISSAL OF
DEFENDANTS S. TWEEDY, JESSE UHDE AND MIKE SMITH
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter was filed in Henry Circuit Court, Henry County Indiana on November 1, 2012. On November 27, 2012 this matter was removed to this Court. To date, Plaintiff has provided no evidence that Defendants S. Tweedy, Jesse Uhde, or Mike Smith have ever been served.

On April 11, 2013 the Court issued an order that required on or before May 31, 2013, Plaintiff to either (a) file proof of service on Defendants S. Tweedy, Jesse Uhde and Mike Smith, (b) dismiss those putative Defendants, or (c) show cause why those putative Defendants should not be dismissed for failure of service of process [Dkt. 18].

Plaintiff did not comply with the Court's order. The Court held a Status Conference on June 17, 2013 and Plaintiff had no explanation or plan as to the Defendants S. Tweedy, Jesse Uhde and Mike Smith,

Rule 4(m) of the Federal Rules of Civil Procedure provides in relevant part that, "[i]f a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against the defendant or order that service be made within a specific time. Fed. R. Civ. P. 4(m). The Court finds that more than 120 days have passed since the Complaint was filed and there is no evidence that Defendants S. Tweedy, Jesse Uhde and Mike Smith, have been served with the Summons and Complaint in this matter.

Accordingly, notice having been provided to the Plaintiff pursuant to the Court's April 12, 2013 order [Dkt. 18], pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Magistrate Judge recommends that Plaintiff's claims against Defendants S. Tweedy, Jesse Uhde, and Mike Smith be dismissed, without prejudice, for Plaintiff's failure to timely serve these Defendants and subsequent failure to respond to the Order to Show Cause by showing good cause for such failure to serve S. Tweedy, Jesse Uhde, or Mike Smith.  Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, and failure to file timely objections within the fourteen days after service

of this Report and Recommendation shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

Dated: 06/21/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel