UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| STATE OF INDIANA, | ) |
| INDIANA DEPT. OF CORRECTIONS, | ) |
| GEO GROUP, INC., | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| CORIZON, INC., | ) |
| MICHAEL MITCHEFF, | ) |
| CHRIS NELSON, | ) |
| MICHAEL PERSON, | ) |
| RICK WILLYARD, | ) No. 1:12-cv-01740-TWP-MJD |
| MARLA GADBERRY, | ) |
| ROSE VAISVILAS, | ) |
| MONICA SPELLMAN, | ) |
| KELLY DURM, | ) |
| BERMON PRITT, | ) |
| BONNETTA DEWEESE, | ) |
| S. TWEEDY, | ) |
| JESSE UHDE, | ) |
| PRISON HEALTH SERVICES OF INDIANA, | ) |
| LLC, | ) |
| MIKE SMITH, | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation [Docket No. 25 ] regarding the Plaintiff's failure to serve Defendants S. Tweedy, Jessse Uhde and Mike Smith. No objections to the Report and Recommendation have been filed, and the time for filing such objections has expired.

The Court, having given de novo consideration to the issue presented pursuant to Title 28 U.S.C. § 636(b)(1)(B) and (C), and being duly advised in the premises, finds that the Magistrate

Judge's Report and Recommendation is well reasoned and supported by the facts, as well as the law. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation in full and incorporates it by reference herein.

Accordingly, Plaintiff Deborah Robinson's claims in this matter be dismissed without prejudice as to Defendants S. Tweedy, Jesse Uhde and Mike Smith.

IT IS SO ORDERED.

Dated: 07/19/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution List:

All Electronically Registered Counsel